OGNIAN GAVRILOV, SBN 258583
GAVRILOV & MEYER
970 Reserve Drive 127
Roseville, CA 95678
Telephone:   (916) 504-0529
Facsimile:   (916) 473-5870
Email:   info@gavrilovlaw.com

Attorney for Plaintiff
Harvest Land Development

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| HARVEST LAND DEVELOPMENT, LLC<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:11-CV-03054-LKK-CKD<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER** |

## NOTICE OF SETTLEMENT

Plaintiff HARVEST LAND DEVELOPMENT, LLC, and Defendant FIRST NATIONAL INSURANCE COMPANY OF AMERICA, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the parties dismiss this matter, with prejudice, as required under the settlement agreement.  Defendant will file with this Court a joint notice of dismissal, with prejudice, to be signed by counsel for all Parties.

- 1 -
REQUEST FOR ADMISSION TO PLAINTIFF, SET ONE

Respectfully Submitted,

Dated: April 24, 2012

                                                By: /s/ Ognian Gavrilov
                                                Ognian Gavrilov
                                                Attorney for Plaintiff
                                                Harvest Land Development

Dated: April 24, 2012                    By: /s/ P. Betty Su
                                                Attorney of Defendant
                                                First National Insurance Company of America

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for thirty days time to allow for Parties to dismiss the case with prejudice.

**IT IS SO ORDERED.**

**Dated:  April 27, 2012.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Notice of settlement