OGNIAN GAVRILOV, SBN 258583
GAVRILOV & MEYER
970 Reserve Drive 127
Roseville, CA 95678
Telephone:   (916) 504-0529
Facsimile:   (916) 473-5870
Email:        info@gavrilovlaw.com

Attorney for Plaintiff
Harvest Land Development

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| HARVEST LAND DEVELOPMENT, LLC<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:11-CV-03054-LKK-CKD<br><br>**JOINT NOTICE OF DISMISSAL** |

Plaintiff HARVEST LAND DEVELOPMENT, LLC, and Defendant FIRST NATIONAL INSURANCE COMPANY OF AMERICA, (hereafter the Parties) by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully Submitted,

Dated: June 4, 2012

By: /s/ Ognian Gavrilov
Ognian Gavrilov
Attorney for Plaintiff
Harvest Land Development

- 1 -
Notice of dismissal

Dated: June 4, 2012                    By: /s/ P. Betty Su
                                       Attorney of Defendant
                                       First National Insurance Company of America

**ORDER**

Pursuant to the foregoing this Court dismisses the entire case with prejudice.

**IT IS SO ORDERED**

Dated:  June 7, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Notice of dismissal